# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2244
_____

United States of America

*Plaintiff - Appellee*

v.

Ramelus D. Bradley

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City
_____

Submitted: October 29, 2024
Filed: November 1, 2024
[Unpublished]
_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Ramelus Bradley appeals after the district court[1] denied his motion seeking compassionate release. Upon careful review, we conclude the district court correctly

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

found that Bradley was ineligible for relief.  <u>See</u> <u>United States v. Rodd</u>, 966 F.3d 740, 746 (8th Cir. 2020) (defendant's eligibility for sentence reduction is reviewed de novo).

Accordingly, we affirm.

_____